UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | 5:26-cv-00670-AH-DFM | Date: | March 6, 2026 |
|---|---|---|---|
| Title | Francisco Ferrer Granados v. Warden et al | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Petitioner(s): | Attorney(s) for Respondent(s): |
| Not Present | Not Present |

| Proceedings: | (IN CHAMBERS) Order to Show Cause |
|---|---|

On February 13, 2026, Petitioner filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. See Dkt. 1 ("Petition"). Petitioner alleges that he is a member of the Bond Eligible Class certified in Maldonado Bautista v. Santacruz, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025) reconsideration granted in part, --- F. Supp. 3d ---, 2025 WL 3713982 (C.D. Cal. Dec. 18, 2025), and amended and superseded on reconsideration, --- F. Supp. 3d ---, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025). Id. ¶ 48. Petitioner seeks his release or, alternatively, a bond hearing pursuant to 8 U.S.C. § 1226(a). Id. at 29-30.

On March 4, 2026, Respondents filed a response to the Petition. See Dkt. 6 ("Answer"). Respondents do not contest the merits of the Petition. See id. Rather, Respondents acknowledge that "Petitioner appears to be a member of the Bond Eligible Class" and "Petitioner's claim in this action appears to be subject to the Bautista judgment, the order enforcing the same, and to any applicable appellate proceedings relating to it." See id.

In Bautista, the Court certified a "Bond Eligible Class" as:

> All noncitizens in the United States without lawful status who (1) have entered or will enter the United States without inspection; (2) were not or will not be apprehended upon arrival; and (3) are not or will not be subject to detention under 8 U.S.C. § 1226(c), § 1226(b)(1), or § 1231 at the time the Department of Homeland Security makes an initial custody determination.

Bautista, 2025 WL 3713987 at *32. In entering judgment in favor of petitioners, the Bautista Court found that "the Bond Eligible Class members are detained under 8 U.S.C. § 1226(a), are not subject to mandatory detention under § 1225(b)(2), and are entitled to consideration for release on bond by

| CV-90 (12/02) | CIVIL MINUTES-GENERAL | Initials of Deputy Clerk: nb |
|---|---|---|
| | | Page 1 of 2 |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

immigration officers and, if not released, a custody redetermination hearing before an immigration judge." Maldonado Bautista v. Noem, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485, *1 (C.D. Cal. Dec. 18, 2025).

The Bautista Court granted plaintiff petitioners' motion to enforce judgment, lamenting how "Respondents' noncompliance has caused a routine process of adjudicating habeas petitions and temporary restraining orders . . . [and] taken a toll on wrongfully detained noncitizens, courts, and government and Petitioners' attorneys." Bautista v. Santacruz, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2026 WL 468284, *4 (C.D. Cal. Feb. 18, 2026)

The Court ORDERS Respondents TO SHOW CAUSE as to why Petitioner has not received a custody redetermination hearing before an Immigration Judge given his undisputed membership in the Bond Eligible Class.

Respondents shall file their response by noon on Monday March 9, 2026, and Petitioner shall file any reply by noon on Wednesday March 11, 2026. In lieu of a written response, the Court will construe the filing of a joint status report indicating that Petitioner has received a custody redetermination hearing before an immigration judge as sufficient to discharge this Order.