JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## EASTERN DIVISION

| | |
|---|---|
| FRANCISCO FERRER GRANADOS, | Case No. 5:26-cv-00670-AH-DFM |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN et al., | |
| Respondents. | |

Pursuant to the Court's Order Granting in Part Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted in part. Respondents are ordered to arrange for Petitioner to receive an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) within seven (7) days, with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond. Respondents are ordered to release Petitioner from custody if Petitioner is not timely provided with the aforementioned hearing.

The parties are ordered to file a status report within ten (10) days detailing if and when the hearing occurred, if bond was granted or denied, and if bond was denied, the reasons for denial.

The Clerk is directed to close this matter. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: MARCH 25, 2026

_____
ANNE HWANG
United States District Judge